**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR 30 AM 10: 33

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                    }   Crim. No.   4:18CR00038-1

Ayonna S. Newcomb

On February 13, 2018, the above named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Ayonna S. Newcomb be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____20 Th_____ day of April, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR 30 AM 10: 33
CLERK
SO. DIST. OF GA.